```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                           Case No. 18-00455-RNO
Evelyn K. Racavitch                                              Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling            Page 1 of 1            Date Rcvd: Mar 22, 2018
                              Form ID: ntcnfhrg          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
```
db             +Evelyn K. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512
5019600        +Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365-5010
5019604        +Karl M. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512
5019605        +Karl Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512
5019606        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5019607        +Medical Data Systems,    2001 9th Ave.,   Ste. 312,    Vero Beach, FL 32960-6413
5019610         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5019609         Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
5030677        +RWB Credit Services Inc,    500 S Hoffman Blvd,    Ashland PA 17921-1913
5019611        +Red, White & Blue Autos, Inc.,    500 S. Hoffman Blvd.,    Ashland, PA 17921-1913
5019612        +Regional Hospital of Scranton,    746 Jefferson Ave.,    Scranton, PA 18510-1624
5019613        +Scranton Hospitalist Physician Svcs.,    746 Jefferson Ave.,    Fourth Floor,
                 Scranton, PA 18510-1624
5019614        +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                 Highlands Ranch, CO 80129-2386
5019615        +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3400
5024712        +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5019601        +E-mail/Text: abovay@creditmanagementcompany.com Mar 22 2018 18:59:10      Credit Management Co.,
                 2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
5019603         E-mail/Text: cio.bncmail@irs.gov Mar 22 2018 18:58:46      Internal Revenue Service,
                 Special Procedures Branch,    PO Box 7346,    Philadelphia, PA   19101-7346
5019608         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2018 18:58:56      PA Dept. of Revenue,
                 Bankruptcy Division,   Dept. 280946,    Harrisburg, PA 17128-0496
5027129         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2018 18:58:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                                TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5019602*       +Evelyn K. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit,PA 18411-9512
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Park Place
               Securities, Inc., Asset- Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1
               Certificates bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Evelyn K. Racavitch tullio.deluca@verizon.net
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Evelyn K. Racavitch<br>aka Evelyn Racavitch<br>Debtor(s) | Chapter 13<br>Case No. 5:18−bk−00455−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 22, 2018 |