Certificate Number: 15317-PAM-DE-030945780

Bankruptcy Case Number: 18-00455


15317-PAM-DE-030945780

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 26, 2018</u>, at <u>7:07</u> o'clock <u>PM PDT</u>, <u>Evelyn K Racavitch</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 26, 2018</u>　　　　By: <u>/s/Eunice Francia</u>

　　　　　　　　　　　　　　　Name: <u>Eunice Francia</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>