```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 18-00455-RNO
Evelyn K. Racavitch                                          Chapter 13
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5      User: JGoodling          Page 1 of 2          Date Rcvd: Aug 24, 2018
                          Form ID: pdf010          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
```
db             +Evelyn K. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512
5019600        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365)
5019604        +Karl M. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512
5019605        +Karl Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512
5019606        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5019607        +Medical Data Systems,    2001 9th Ave.,    Ste. 312,    Vero Beach, FL 32960-6413
5019610         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5019609        #Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
5019612        +Regional Hospital of Scranton,    746 Jefferson Ave.,    Scranton, PA 18510-1624
5043335        +Regional Hospital of Scranton,    C/O PASI,    PO Box 188,    Brentwood, TN 37024-0188
5019613        +Scranton Hospitalist Physician Svcs.,    746 Jefferson Ave.,    Fourth Floor,
                 Scranton, PA 18510-1624
5019614        +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                 Highlands Ranch, CO 80129-2386
5019615        +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3400
5024712        +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5019601        +E-mail/Text: abovay@creditmanagementcompany.com Aug 24 2018 19:05:19     Credit Management Co.,
                 2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
5019603         E-mail/Text: cio.bncmail@irs.gov Aug 24 2018 19:05:08      Internal Revenue Service,
                 Special Procedures Branch,    PO Box 7346,    Philadelphia, PA  19101-7346
5047660         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2018 19:07:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5019608         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 19:05:12      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5027129         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 19:05:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5030677        +E-mail/Text: bankruptcy@rwbautos.com Aug 24 2018 19:05:03      RWB Credit Services Inc,
                 500 S Hoffman Blvd,    Ashland PA 17921-1913
5019611        +E-mail/Text: bankruptcy@rwbautos.com Aug 24 2018 19:05:04      Red, White & Blue Autos, Inc.,
                 500 S. Hoffman Blvd.,    Ashland, PA 17921-1913
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5019602*       +Evelyn K. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit,PA 18411-9512
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: JGoodling            Page 2 of 2                   Date Rcvd: Aug 24, 2018
                               Form ID: pdf010            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:

         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James  Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Park Place
         Securities, Inc., Asset- Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1
         Certificates bkgroup@kmllawgroup.com
         Tullio  DeLuca    on behalf of Debtor 1 Evelyn K. Racavitch tullio.deluca@verizon.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN K. RACAVITCH | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-00455 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of Debtor's Motion to Reinstate Case, it is hereby:

**ORDERED**, that the Debtor's Motion to Reinstate Case is hereby **GRANTED**;

and it is further

**ORDERED**, that the Debtor's Chapter 13 Case is reinstated.

Dated: August 24, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)