```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-00455-RNO
Evelyn K. Racavitch                                                 Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling           Page 1 of 1        Date Rcvd: Sep 26, 2018
                              Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Evelyn K. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Park Place
               Securities, Inc., Asset- Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1
               Certificates bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Evelyn K. Racavitch tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

IN RE:                          :
                                :       CASE NO. 5-18-00455
EVELYN K. RACAVITCH             :       CHAPTER 13
           Debtor(s)            :
*************************************************************************

## ORDER OF COURT AUTHORIZING APPOINTMENT
## OF DEBTORS' LISTING AGENT

*************************************************************************

Upon consideration of the MOTION OF DEBTORS FOR APPOINTMENT OF DEBTOR'S LISTING AGENT, and after appropriate Notice and Service of Debtor's Motions pursuant to Federal Bankruptcy Rules and Local Bankruptcy Rules, it is hereby:

**ORDERED** that Kimberly Pisanti of Keller Williams Real Estate is appointed the Debtor's listing agent for the sale of property located at 1616 Forest Acres Dr., Clarks Summit, PA 18411.

Dated: September 26, 2018                By the Court,

                                         _____
                                         Robert N. Opel, II, Chief Bankruptcy Judge (JG)

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).