UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

EVELYN K. RACAVITCH

* Debtor(s)

Case Number: **18-00455**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Motion to Suspend Temporarily Payments to Trustee And Order was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: November 13, 2018      SIGNED: _____

                              TITLE:  __Secretary_____



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN K. RACAVITCH | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-00455 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EVELYN K. RACAVITCH :
        MOVANT :
VS. :
CHARLES J. DEHART, III, ESQ. :
        RESPONDENT :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **December 4, 2018.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE November 13, 2018                          Clerk, U.S. Bankruptcy Court
                                                                 197 South Main Street
Tullio DeLuca, Esquire                         Wilkes-Barre, PA 18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

****

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN K. RACAVITCH | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-00455 |

****

| | |
|---|---|
| EVELYN K. RACAVITCH | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

****

## MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS

****

AND NOW COMES, the Debtor, Evelyn K. Racavitch, by and through her attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on February 2, 2018.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $210.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor's daughter left the property and has stopped contributing to the household expenses. Therefore, Debtor has experienced a decrease in monthly income.

4. Therefore, Debtor is not in a position to make the Trustee payments until his immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of her Trustee payments for a period of three (3) months or earlier starting in the month of September 2018. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: November 13, 2018        /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

****************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN K. RACAVITCH | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-00455 |

****************************************************************

| | |
|---|---|
| EVELYN K. RACAVITCH | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

****************************************************************

## ORDER

****************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from September 2018 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:18-bk-00455-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Nov 13 16:16:07 EST 2018 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Credit Management Co.<br>2121 Noblestown Rd.<br>Pittsburgh, PA 15205-3956 |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Tullio DeLuca<br>381 N. 9th Avenue<br>Scranton, PA 18504-2005 | Evelyn K. Racavitch<br>1616 Forest Acres Dr.<br>Clarks Summit, PA 18411-9512 |
| Internal Revenue Service<br>Special Procedures Branch<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Karl M. Racavitch<br>1616 Forest Acres Dr.<br>Clarks Summit, PA 18411-9512 | Karl Racavitch<br>1616 Forest Acres Dr.<br>Clarks Summit, PA 18411-9512 |
| LVNV Funding, LLC its successors and assigns<br>assignee of North Star Capital<br>Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Law Offices of Tullio DeLuca<br>381 N. 9th Avenue<br>Scranton, PA 18504-2005 | Medical Data Systems<br>2001 9th Ave.<br>Ste. 312<br>Vero Beach, FL 32960-6413 |
| PA Dept. of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128-0496 | PPL Electric Utilities<br>827 Hausman Rd.<br>Allentown, PA 18104-9392 | Penn Credit Corp.<br>916 South 14th Street<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | RWB Credit Services Inc<br>500 S Hoffman Blvd<br>Ashland PA 17921-1913 | Red, White & Blue Autos, Inc.<br>500 S. Hoffman Blvd.<br>Ashland, PA 17921-1913 |
| Regional Hospital of Scranton<br>746 Jefferson Ave.<br>Scranton, PA 18510-1624 | Regional Hospital of Scranton<br>C/O PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 | Scranton Hospitalist Physician Svcs.<br>746 Jefferson Ave.<br>Fourth Floor<br>Scranton, PA 18510-1624 |
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129-2386 | Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>Warrington, PA 18976-3400 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| WELLS FARGO BANK, N.A.<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | Wells Fargo Bank, N.A. Trustee (See 410)<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Evelyn K. Racavitch<br>1616 Forest Acres Dr.<br>Clarks Summit, PA 18411-9512 | (u)Wells Fargo Bank, N.A., as Trustee for Par | End of Label Matrix<br>Mailable recipients  26<br>Bypassed recipients   2<br>Total                28 |

Caine & Weiner Company
12005 Ford Road 300
Dallas, TX 75234-7262

Credit Management Co.
2121 Noblestown Rd.
Pittsburgh, PA 15205-3956

Internal Revenue Service
Special Procedures Branch
PO Box 7346
Philadelphia, PA 19101

LVNV Funding, LLC assignee of
North Star Capital Acquisition LLC
PO Box 10587
Greenville, SC 29603-0587

Medical Data Systems
2001 9th Ave., Suite 312
Vero Beach, FL 32960-6413

PA Dept of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0496

PPL Electric Utilities
827 Hausman Road
Allentown, PA 18104-9392

Penn Credit Corp.
916 South 14th St
PO Box 988
Harrisburg, PA 17108-0988

RWB Credit Services Inc.
500 S. Hoffman Blvd.
Ashland, PA 17921-1913

Red, White & Blue Autos, Inc.
500 S. Hoffman Blvd.
Ashland, PA 17921-1913

Regional Hospital of Scranton
746 Jefferson Ave.
Scranton, PA 18510

Regional Hospital of Scranton
c/o PASI
PO Box 188
Brentwood, TN 37024-0188

Scranton Hospitalist Physician Svc
746 Jefferson Ave. 4th floor
Scranton, PA 18510-1624

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129-2386

Stern & Eisenberg, PC
1581 Main St., Suite 200
Warrington, PA 18976-3400

United States Trustee
228 Walnut St., Suite 1190
Harrisburg, PA 17101-1722

James Warmbrodt
701 Market St., Suite 5000
Philadelphia, PA 19106-1541

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Karl Racavitch
1616 forest Acres Dr.
Clarks Summit PA 18411

Wells Fargo Bank NA
14841 Dallas Parkway Suite 425
Dallas, TX 75254

Wells Fargo Bank
Specialized Loan Servicing LLC
8742 Lucent Blvd. Suite 300
Highlands Ranch, CO 80129