# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET


June 10, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      **In Re:**     Evelyn Racavitch
                    Chapter 13 Bankruptcy; Case No. 5-18-00455

Dear Sir/Madam:

      The address for the Debtor has changed.  Please be advised the correct information is as follows:

      Evelyn Racavitch
      PO Box 71
      Lake Winola, PA 18625-0071


      Thank you for assistance in this matter.


           Very truly yours,


           /s/ Tullio DeLuca, Esquire


TD/lm