```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00455-RNO
Evelyn K. Racavitch                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: Christina     Page 1 of 1          Date Rcvd: Nov 20, 2019
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.
                Karl Racavitch,    PO Box 71,    Lake Winola, PA 18625-0071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Park Place
               Securities, Inc., Asset- Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1
               Certificates bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com
              Tullio DeLuca   on behalf of Debtor 1 Evelyn K. Racavitch tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Evelyn K. Racavitch aka Evelyn Racavitch<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc., Asset- Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1 Certificates<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 18-00455 RNO |
| Evelyn K. Racavitch aka Evelyn Racavitch<br>　　　　　　　　　　Debtor<br>Karl Racavitch<br>　　　　　　　　　　Co-Debtor | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esquire<br>　　　　　　　　　　Trustee | |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: November 20, 2019

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)