UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

EVELYN K. RACAVITCH

* Debtor(s)

Case Number: **18-00455**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice and Motion to Suspend Temporarily Payments to Trustee And Order was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: March 17, 2020   SIGNED: *Lisa Manchak*

TITLE: __Legal Assistant__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*******************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN K. RACAVITCH | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-00455 |

*******************************************************************

| | |
|---|---|
| EVELYN K. RACAVITCH | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

*******************************************************************

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
*******************************************************************

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **April 7, 2020.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE March 17, 2020                     Clerk, U.S. Bankruptcy Court
                                         197 South Main Street
Tullio DeLuca, Esquire                   Wilkes-Barre, PA  18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                           :   CHAPTER 13
EVELYN K. RACAVITCH              :
                                 :
        Debtor(s)                :   CASE NO. 5-18-00455

EVELYN K. RACAVITCH              :
        MOVANT                   :
    VS.                          :
CHARLES J. DEHART, III, ESQ.     :
        RESPONDENT               :
```

**MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS**

AND NOW COMES, the Debtor, Evelyn K. Racavitch, by and through her attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on February 2, 2018.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $235.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor was hospitalized, which resulted in a decrease in monthly income and an increase in monthly expenses.

4. Therefore, Debtor is not in a position to make the Trustee payments until her immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of her Trustee payments for a period of three (3) months or earlier starting in the month of December 2019. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: March 17, 2020

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| EVELYN K. RACAVITCH | : |
| | : |
| Debtor(s) | : CASE NO. 5-18-00455 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EVELYN K. RACAVITCH                  :
        MOVANT            :
    VS.                                 :
CHARLES J. DEHART, III, ESQ.         :
        RESPONDENT        :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from December 2019 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

| | | |
|---|---|---|
| Caine & Weiner Company<br>12005 Ford Road 300<br>Dallas, TX 75234-7262 | Credit Management Co.<br>2121 Noblestown Rd.<br>Pittsburgh, PA 15205-3956 | Internal Revenue Service<br>Special Procedures Branch<br>PO Box 7346<br>Philadelphia, PA 19101 |
| LVNV Funding, LLC assignee of<br>North Star Capital Acquisition LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Medical Data Systems<br>2001 9th Ave., Suite 312<br>Vero Beach, FL 32960-6413 | PA Dept of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128-0496 |
| PPL Electric Utilities<br>827 Hausman Road<br>Allentown, PA 18104-9392 | Penn Credit Corp.<br>916 South 14th St<br>PO Box 988<br>Harrisburg, PA 17108-0988 | RWB Credit Services Inc.<br>500 S. Hoffman Blvd.<br>Ashland, PA 17921-1913 |
| Red, White & Blue Autos, Inc.<br>500 S. Hoffman Blvd.<br>Ashland, PA 17921-1913 | Regional Hospital of Scranton<br>746 Jefferson Ave.<br>Scranton, PA 18510 | Regional Hospital of Scranton<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 |
| Scranton Hospitalist Physician Svc<br>746 Jefferson Ave. 4th floor<br>Scranton, PA 18510-1624 | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129-2386 | Stern & Eisenberg, PC<br>1581 Main St., Suite 200<br>Warrington, PA 18976-3400 |
| United States Trustee<br>228 Walnut St., Suite 1190<br>Harrisburg, PA 17101-1722 | James Warmbrodt<br>701 Market St., Suite 5000<br>Philadelphia, PA 19106-1541 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 |
| Karl Racavitch<br>1616 forest Acres Dr.<br>Clarks Summit PA 18411 | Wells Fargo Bank NA<br>14841 Dallas Parkway Suite 425<br>Dallas, TX 75254 | Wells Fargo Bank<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd. Suite 300<br>Highlands Ranch, CO 80129 |