```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00455-RNO
Evelyn K. Racavitch                                                 Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke            Page 1 of 2            Date Rcvd: Jul 09, 2020
                              Form ID: ntpasnh           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
```
db                 Evelyn K. Racavitch,    PO Box 71,    Lake Winola, PA  18625-0071
cr                +WELLS FARGO BANK, N.A,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
cr                +WELLS FARGO BANK, N.A.,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
5019600          ++CAINE & WEINER COMPANY,     12005 FORD ROAD 300,    DALLAS TX 75234-7262
                   (address filed with court: Caine & Weiner,    P.O. Box 5010,   Woodland Hills, CA 91365)
5019602           +Evelyn K. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit,PA 18411-9512
5019604           +Karl M. Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512
5019605           +Karl Racavitch,    1616 Forest Acres Dr.,    Clarks Summit, PA 18411-9512
5019606           +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5019607           +Medical Data Systems,    2001 9th Ave.,    Ste. 312,    Vero Beach, FL 32960-6413
5019610            PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5019612           +Regional Hospital of Scranton,    746 Jefferson Ave.,    Scranton, PA 18510-1624
5043335           +Regional Hospital of Scranton,    C/O PASI,   PO Box 188,    Brentwood, TN 37024-0188
5019613           +Scranton Hospitalist Physician Svcs.,    746 Jefferson Ave.,    Fourth Floor,
                   Scranton, PA 18510-1624
5019614           +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                   Highlands Ranch, CO 80129-2386
5019615           +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
5024712           +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5019601           +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 09 2020 19:49:39
                   Credit Management Co.,   2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
5019603            E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 09 2020 19:49:28       Internal Revenue Service,
                   Special Procedures Branch,   PO Box 7346,    Philadelphia, PA 19101-7346
5047660            E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 20:02:19
                   LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                   Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5019608            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2020 19:49:31      PA Dept. of Revenue,
                   Bankruptcy Division,   Dept. 280946,    Harrisburg, PA 17128-0496
5027129            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2020 19:49:31
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA  17128-0946
5030677           +E-mail/Text: bankruptcy@rwbautos.com Jul 09 2020 19:49:23      RWB Credit Services Inc,
                   500 S Hoffman Blvd,   Ashland PA 17921-1913
5019611           +E-mail/Text: bankruptcy@rwbautos.com Jul 09 2020 19:49:23      Red, White & Blue Autos, Inc.,
                   500 S. Hoffman Blvd.,   Ashland, PA 17921-1913
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*               +WELLS FARGO BANK, N.A,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
cr*               +WELLS FARGO BANK, N.A.,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
5019609          ##Penn Credit Corp.,   916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2020 at the address(es) listed below:

　　　　Charles J DeHart, III (Trustee)　　TWecf@pamd13trustee.com
　　　　James  Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Park Place
　　　　 Securities, Inc., Asset- Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1
　　　　 Certificates bkgroup@kmllawgroup.com
　　　　James  Warmbrodt    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com
　　　　Tullio  DeLuca    on behalf of Debtor 1 Evelyn K. Racavitch tullio.deluca@verizon.net
　　　　United States Trustee    ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Evelyn K. Racavitch
aka Evelyn Racavitch

**Debtor 1**

Chapter: 13

Case number: 5:18−bk−00455−RNO

Document Number: 74

Matter: Motion for Mortgage Modification

Specialized Loan Servicing LLC as servicer for Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc., Asset− Backed Pass−Through Certificates, Series 2004−MCW1, Class A−1 Certificates
**Movant(s)**

vs.

Evelyn K. Racavitch
aka Evelyn Racavitch
Charles J. DeHart, III Esq.
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **July 30, 2020**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ToniaWilson, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: July 9, 2020

ntpasnh(05/18)