```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00455-RNO
Evelyn K. Racavitch                                                 Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1              Date Rcvd: Aug 18, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db              Evelyn K. Racavitch,    PO Box 71,   Lake Winola, PA   18625-0071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Park Place
               Securities, Inc., Asset- Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1
               Certificates bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Evelyn K. Racavitch tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EVELYN K. RACAVITCH | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-18-00455 |

## ORDER APPROVING FIFTH AMENDED PLAN

**IT IS ORDERED** that the Motion to Amend/Modify the Plan Post Confirmation filed on July 21, 2020, is hereby GRANTED.

**IT IS FURTHER ORDERED** that the proposed amendments in the Fifth Amended Plan filed on July 21, 2020, are hereby APPROVED.

Dated: August 18, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (DG)