# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    EVELYN K. RACAVITCH
           AKA: EVELYN RACAVITCH        CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

                                            CASE NO:  5-18-00455-RNO

EVELYN K. RACAVITCH
AKA: EVELYN RACAVITCH

        Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on October 23, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of October 23, 2020, the Debtor(s) is/are $634.00 in arrears with a plan payment having last been made on Mar 11, 2019

      In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                            Respectfully Submitted,
                                            /s/ Liz Joyce
                                            for Charles J. DeHart, III, Trustee
                                            8125 Adams Drive, Suite A
                                            Hummelstown, PA 17036
                                            Phone: (717) 566-6097

Dated: October 23, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EVELYN K. RACAVITCH
AKA: EVELYN RACAVITCH    CHAPTER 13

   Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   Movant

CASE NO: 5-18-00455-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 23, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA 18504- | SERVED ELECTRONICALLY |
| EVELYN K. RACAVITCH<br>PO BOX 71<br>LAKE WINOLA, PA 18625-0071 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com