United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Evelyn K. Racavitch  
    Debtor(s)

Case No. 18-00455-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Oct 26, 2020     Form ID: pdf010     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Evelyn K. Racavitch, PO Box 71, Lake Winola, PA 18625-0071 |
| cr | + | WELLS FARGO BANK, N.A, 14841 Dallas Parkway #425, Dallas, TX 75254-8067 |
| cr | + | WELLS FARGO BANK, N.A., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5019600 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, P.O. Box 5010, Woodland Hills, CA 91365 |
| 5019602 | + | Evelyn K. Racavitch, 1616 Forest Acres Dr., Clarks Summit,PA 18411-9512 |
| 5019604 | + | Karl M. Racavitch, 1616 Forest Acres Dr., Clarks Summit, PA 18411-9512 |
| 5019605 | + | Karl Racavitch, 1616 Forest Acres Dr., Clarks Summit, PA 18411-9512 |
| 5019606 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5019607 | + | Medical Data Systems, 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |
| 5019610 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5043335 | + | Regional Hospital of Scranton, C/O PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5019612 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5019613 | + | Scranton Hospitalist Physician Svcs., 746 Jefferson Ave., Fourth Floor, Scranton, PA 18510-1624 |
| 5019614 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 5019615 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5024712 | + | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5019601 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 26 2020 18:35:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5019603 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2020 18:35:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5047660 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2020 19:12:21 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5019608 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2020 18:35:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5027129 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2020 18:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5030677 | + | Email/Text: bankruptcy@rwbautos.com | Oct 26 2020 18:35:00 | RWB Credit Services Inc, 500 S Hoffman Blvd, Ashland PA 17921-1913 |
| 5019611 | + | Email/Text: bankruptcy@rwbautos.com | Oct 26 2020 18:35:00 | Red, White & Blue Autos, Inc., 500 S. Hoffman |

Blvd., Ashland, PA 17921-1913

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | WELLS FARGO BANK, N.A, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | WELLS FARGO BANK, N.A., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 5353155 | *+ | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5019609 | ## | Penn Credit Corp., 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020           Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2004-MCW1, Class A-1 Certificates bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Evelyn K. Racavitch tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Evelyn K Racavitch** <br> aka Evelyn Racavitch <br> **Debtor 1** | Chapter: 13 <br> Case No.: 5-18-bk-00455-RNO |
| **Charles J DeHart, III, Chapter 13 Trustee** <br> vs. **Movant(s)** | |
| **Evelyn K Racavitch** <br> aka Evelyn Racavitch <br> **Respondent(s)** | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 26, 2020      By the Court,

*/s/ Robert N. Opel, II*

Robert N. Opel, II, Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17